IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH FINOCCHIARO,<br><br>          Plaintiff,<br><br>vs.<br><br>NUMBER FOUR, LLC; CHAD MCMAHON; and BURGER DETOUR, LLC,<br><br>          Defendants. | 8:25CV463<br><br>ORDER ASSIGNING MOTION TO CANCEL *LIS PENDENS* TO UNITED STATES MAGISTRATE JUDGE RYAN C. CARSON |

      This case is before the Court on the Motion to Cancel *Lis Pendens* by defendant Number Four, LLC. Filing 7. Defendant Number Four, LLC, has also filed a related Motion for Expedited Briefing Schedule for Motion to Cancel *Lis Pendens*. Filing 10. The Court concludes that both Motions can properly be assigned to United States Magistrate Judge Ryan C. Carson pursuant to 28 U.S.C. § 636(b)(1)(A) and/or 28 U.S.C. § 636(b)(3). Accordingly,

      IT IS ORDERED that the Motion to Cancel *Lis Pendens* and the Motion for Expedited Briefing Schedule for Motion to Cancel *Lis Pendens* filed by defendant Number Four, LLC, Filing 7; Filing 10, are reassigned to United States Magistrate Judge Ryan C. Carson to determine these pretrial matters pending before the Court pursuant 28 U.S.C. § 636(b)(1)(A) and/or 28 U.S.C. § 636(b)(3). This case remains assigned to United States District Judge Brian C. Buescher for disposition.

      Dated this 29th day of July, 2025.

                                                      BY THE COURT:

                                                      _____
                                                      Brian C. Buescher
                                                      United States District Judge